No. 377. EL PUEBLO *v.* RIVERA.—Apelación procedente de la Corte de Distrito de Aguadilla. Resuelto en abril 9, 1912. Sobreseída la causa por haberse extinguido la acción penal por fallecimiento del acusado. Abogado del apelante: *Sr. Juan B. Soto.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 62. Ex PARTE CUADRA.—Procedimiento sobre cancelación de fianza notarial. Resuelto en abril 12, 1912. Cancelada la fianza hipotecaria. El peticionario compareció en nombre propio.

---

No. 90. CERRA *v.* LÓPEZ, JUEZ DE DISTRITO.—Solicitud para que se expida mandamiento de *certiorari.* Resuelto en abril 16, 1912. Desestimada la solicitud por tener la peticionaria un recurso adecuado en el curso ordinario de la ley. Abogado de la peticionaria: *Sr. Henry G. Molina.*

---

No. 158. Ex PARTE ACOSTA.—Petición de la National Surety Company para terminar la fianza notarial. Resuelto en abril 17, 1912. Terminada la fianza notarial prestada por la compañía fiadora.

---

No. 299. Ex PARTE RODRÍGUEZ.—Petición de la National Surety Company para que se dé por terminada la fianza notarial prestada. Resuelto en abril 17, 1912. Terminada dicha fianza notarial.